[Civil No. 2684.   Filed December 5, 1927.]

[261 Pac. 633.]

GEORGIA JOHNSON, a Minor, by Her Guardian ad Litem, JAMES T. JOHNSON, Appellant, v. DOUGLAS SCHOOL DISTRICT No. 27 OF COCHISE COUNTY et al., Appellees.

Mr. John Wilson Ross, for Appellant.

Mr. James T. Gentry, County Attorney, and Messrs. Knapp, Boyle & Pickett, for Appellees.

PER CURIAM.—This case is similar in all respects to that of *Burnside* v. *Douglas School District No. 27* (Cause No. 2645), *ante*, p. 1, 261 Pac. 629,

and it was stipulated that the two cases be consolidated for the purposes of argument and decision.

The judgment of the trial court is therefore affirmed.